```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/28/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- X
                                                                          :
UNITED STATES OF AMERICA,                                                 :
                                                                          :
                             Plaintiff,    :   1:22-cv-338-GHW
                                                                          :
       -against-                                                         :   ORDER
                                                                          :
CISNE NY CONSTRUCTION, INC., et al.,                                      :
                                                                          :
                          Defendants.    :
                                                                          :
------------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

       The initial pretrial conference scheduled for March 18, 2022 at 2:00 p.m. will take place on March 18, 2022 at 10:00 a.m. The conference will be conducted by telephone. The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules.

       SO ORDERED.

Dated: February 28, 2022
New York, New York

                                                    GREGORY H. WOODS
                                          United States District Judge