USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/13/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
:
UNITED STATES OF AMERICA,                                            :
:
                        Plaintiff,                              :    1:22-cv-338-GHW
:
    -against-                                                      :    ORDER
:
CISNE NY CONSTRUCTION, INC., et al.,                                 :
:
                       Defendants.                            :
:
-------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

    Because none of the Defendants have appeared in this matter as of the date of this order, the initial pretrial conference scheduled for April 15, 2022 is adjourned to May 16, 2022 at 2:00 p.m. The joint status letter and proposed case management plan described in the Court's January 17, 2022 order are due no later than May 9, 2022.

    The Government is directed to serve a copy of this order on all Defendants in this action and to retain proof of service.

    SO ORDERED.

Dated: April 13, 2022
New York, New York

                                                  GREGORY H. WOODS
                                           United States District Judge