```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/16/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
      :
UNITED STATES OF AMERICA,      :
      :
          Plaintiff,      :   1:22-cv-338-GHW
      :
     -against-      :   ORDER
      :
CISNE NY CONSTRUCTION, INC., et al.,      :
      :
          Defendants.      :
      :
------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

    For the reasons stated on the record at the conference held on May 16, 2022, the parties are directed to submit a joint letter regarding the status of any anticipated resolution of this matter no later than July 1, 2022. The Government is directed to serve a copy of this order on all Defendants who have not yet appeared in this action and to retain proof of service.

    The Clerk of Court is directed to update Mr. Ruilova's address on the docket and mail a copy of this order to:

    Edison Ruilova
    236 6th Street
    Verplank, NY 10596
    914-437-3280

    SO ORDERED.

Dated: May 16, 2022
New York, New York

                                                              GREGORY H. WOODS
                                                    United States District Judge