```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                                     :
UNITED STATES OF AMERICA,                                            :
                                                                     :
                                        Plaintiff,                   :    1:22-cv-338-GHW
                                                                     :
                 -against-                                           :    ORDER
                                                                     :
CISNE NY CONSTRUCTION, INC., et al.,                                 :
                                                                     :
                                        Defendants.                  :
                                                                     :
-------------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/2022

GREGORY H. WOODS, District Judge:

The Court has received the Government's status update dated July 1, 2022. Dkt. No. 31. The parties are directed to submit a joint status update no later than August 19, 2022. The Government is directed to serve a copy of this order on all Defendants in this action and to retain proof of service.

SO ORDERED.

Dated: July 2, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge