```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                           :
UNITED STATES OF AMERICA,            :

                                      Plaintiff,         :        1:22-cv-338-GHW

             -against-                      :        <u>ORDER</u>

CISNE NY CONSTRUCTION, INC., et al., :

                         Defendants.   :
------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

       The Court has received the Government's status update dated August 19, 2022. Dkt. No. 34. The parties are directed to submit a joint status update no later than October 7, 2022. The Government is directed to serve a copy of this order on all Defendants in this action and to retain proof of service.

       SO ORDERED.

Dated: August 19, 2022
New York, New York

                                                                   GREGORY H. WOODS
                                                             United States District Judge