USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------- X
           :
UNITED STATES OF AMERICA,       :
           :
           Plaintiff,      :    1:22-cv-338-GHW
           :
    -against-      :   ORDER
           :
CISNE NY CONSTRUCTION, INC., et al.,  :
           :
           Defendants.    :
           :
------------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

      The Court has received and reviewed the Government's proposed consent decree (the "Proposed Consent Decree"), Dkt. No. 33-1, and the Government's motion for the entry of the Proposed Consent Decree, Dkt. Nos. 36-37. The Proposed Consent Decree appears to satisfy the requirements for adoption by the Court as outlined in *S.E.C. v. Citigroup Global Mkts., Inc.*, 752 F. 3d 285 (2d Cir. 2014). However, the Court observes that the Proposed Consent Decree omits notice information for the "Settling Defendants." *See* Proposed Consent Decree ¶ 66. The Court requests that the United States submit a letter to the Court describing how the parties wish to respond to that lacuna no later than September 7, 2022. The letter should address the impact of the fact that the corporate Settling Defendant has not appeared in the case on the Court's and the parties' ability to provide it with notice of actions in connection with this case in the absence of a designated address for notice to it in the Proposed Consent Decree.

The Government is directed to serve a copy of this order on all Defendants in this action and to retain proof of service.

SO ORDERED.

Dated: September 4, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge