```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/8/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
    United States of America,

                                    Plaintiff,                  1:22-cv-338-GHW

                  -v -                                                <u>ORDER</u>

    CISNE NY Construction, Inc., et al.,

                              Defendants.
-------------------------------------------------------------X
GREGORY H. WOODS, United States District Judge:

       Plaintiff's September 7, 2022, request for an extension of the deadline to submit the letter requested by the Court in its September 4, 2022, order, Dkt. No. 38, is GRANTED. The information asked for in the Court's September 4 order may be included in the already scheduled joint status update to be submitted no later than October 7, 2022. The Court will hold the Government's motion to enter the proposed consent decree, Dkt. Nos. 36-37, in abeyance.

       SO ORDERED.

Dated: September 8, 2022
New York, New York
                                                                    GREGORY H. WOODS
                                                            United States District Judge